THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     CASE NO 2:10-CR-56-WKW
     )
KIRBY C. BRUCE     )

## **ORDER**

On August 31, 2010, the Magistrate Judge filed a Report and Recommendation (Doc. # 26) regarding Defendant's Motion to Suppress (Doc. # 15). Defendant has filed no timely objections. Having conducted an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.     The Recommendation of the Magistrate Judge (Doc. # 26) is ADOPTED;

2.     The defendant's Motion to Suppress (Doc. # 15) is DENIED.

DONE this 17th day of September, 2010.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE